STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: joyce_leavitt@fd.org

Counsel for Defendant
ADAM ABRAMS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 17-00141 JSW (KAW) |
|---|---|
| Plaintiff, v. | Stipulation and [Proposed] Order Modifying Conditions of Pretrial Release |
| ADAM ABRAMS, | |
| Defendant. | |

**STIPULATION**

The parties hereby stipulate that the conditions of pretrial release for Mr. Adam Abrams may be modified to allow Mr. Abrams to travel to the Central District of California in August, 2017, for family visitation purposes, to include his father's back surgery on or about August 15, 2017, with the approval of his United States Pretrial Services Officer. United States Pretrial Services Officer Kenneth Gibson is aware of the travel request and has no objection so long as Mr. Abrams provides him with his travel itinerary prior to departure and has his approval to travel. All other conditions of pretrial release shall remain the same.

//

CR 17-00141 JSW
Stip. to Travel; Proposed Order

1

DATED: August 11, 2017  /S/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: August 11, 2017  /S/
WILLIAM GULLOTTA
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Mr. Adam Abrams may be modified to allow Mr. Abrams to travel to the Central District of California in August, 2017, for family visitation purposes, to include his father's back surgery on or about August 15, 2017, with the approval of his United States Pretrial Services Officer. All other conditions of pretrial release shall remain the same.

IT IS SO ORDERED.

DATED: 8/10/17  /s/ Kandis Westmore
KANDIS A. WESTMORE
United States Magistrate Judge