STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: joyce_leavitt@fd.org

Counsel for Defendant
ADAM ABRAMS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>v.<br><br>ADAM ABRAMS,<br><br>DEFENDANT. | CR 17-00141 JSW (KAW)<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

**STIPULATION**

The parties hereby stipulate that the conditions of pretrial release for Mr. Adam Abrams may be modified to allow Mr. Abrams to travel to the Central District of California from March 9, 2018 through March 11, 2018, for a family event. United States Pretrial Services Officer Kenneth Gibson is aware of the travel request and has no objection so long as Mr. Abrams provides him with his complete travel itinerary including the destination address, accommodations and flight information prior to his departure. All other conditions of pretrial release shall remain the same.

DATED: March 1, 2018             /S/
                                 JOYCE LEAVITT
                                 Assistant Federal Public Defender


DATED: March 1, 2018             /S/
                                 WILLIAM GULLOTTA
                                 Assistant United States Attorney


I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Mr. Adam Abrams may be modified to allow Mr. Abrams to travel to the Central District of California from March 9, 2018 through March 11, 2018, for a family event. All other conditions of pretrial release shall remain the same.

IT IS SO ORDERED.


DATED: 2/28/18                   _____
                                 KANDIS A. WESTMORE
                                 United States Magistrate Judge